
FILED
OCT 19 2010

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### Portland Division

COLUMBIA STATE BANK, a Washington Banking Corporation,

        Plaintiff,

v.

NEW HEIGHTS DEVELOPMENT, INC., an Oregon Corporation, GORDON L. CAUDLE II and ERRIN CAUDLE,

        Defendants.

No. 3:10-cv-106

JUDGMENT

Based upon the stipulation of the parties, the court acknowledges that the parties have entered into a written agreement (the "Settlement Agreement") to settle the controversies which are the subject of this case. Accordingly, it is hereby

ORDERED AND ADJUDGED:

1. Plaintiff shall have judgment against New Heights Development, Inc. and Gordon L. Caudle II in the amount of $72,627, with interest thereon at the rate of nine percent per annum from August 17, 2010.

2. All other claims in this case are dismissed without costs or attorney fees awarded to any party except as otherwise provided herein.

///

Page 1 - JUDGMENT

GREENE & MARKLEY, P.C.
1515 S.W. Fifth Avenue, Suite 600
Portland, OR 97201
Telephone: (503) 295-2668
Facsimile: (503) 224-8434

3.      Provided, that this court retains jurisdiction to enter a judgment of foreclosure as provided by law upon the application of plaintiff to reopen this case. Such application and supporting documents shall be served on the opposing parties by delivery to defendants' counsel presently of record.

4.      The caption of this case is revised to state that the name of the defendant is Gordon L. Caudle II.

5.      Plaintiff is entitled to its costs and attorney fees against defendants New Heights Development, Inc. and Gordon L. Caudle II in accordance with the procedures specified in LR 54.

DATED this /8 day of OCT 2010.

_____
United States District Judge

IT IS SO STIPULATED:

GREENE & MARKLEY, P.C.

By /s/ Charles R. Markley
Charles R. Markley, OSB #75240
Attorneys for Plaintiff


BRIDGE CITY LAW

By /s/ Jeremy D. Swanlund
Jeremy D. Swanlund, OSB #076548
Attorneys for Defendants

SUBMITTED BY:

/s/ Charles R. Markley
Charles R. Markley, OSB #75240
Telephone: (503) 295-2668
Attorneys for Plaintiff

\6822\001\P Judgment.wpd

Page 2 - JUDGMENT

GREENE & MARKLEY, P.C.
1515 S.W. Fifth Avenue, Suite 600
Portland, OR 97201
Telephone: (503) 295-2668
Facsimile: (503) 224-8434